# NO. 12-10-00063-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| CLINT JOHNSON,<br>APPELLANT | § | APPEAL FROM THE 114TH |
| V. | § | JUDICIAL DISTRICT COURT OF |
| THE STATE OF TEXAS,<br>APPELLEE | § | SMITH COUNTY, TEXAS |

## MEMORANDUM OPINION

Appellant pleaded guilty to aggravated robbery. We have received the trial court's certification showing that this is a plea bargain case and Appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification is signed by Appellant and his trial counsel. Additionally, Appellant's appellate counsel has notified us that based on the controlling law, he is of the opinion that this court does not have jurisdiction of the appeal and therefore the appeal must be dismissed. Accordingly, the appeal is ***dismissed for want of jurisdiction***.

        **SAM GRIFFITH**
        Justice

Opinion delivered March 17, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)